November 19, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

LINT MOUTON, Appellant

NO. 14-13-00391-CR                                     V.
NO. 14-13-00392-CR
NO. 14-13-00393-CR

THE STATE OF TEXAS, Appellee

_____

These causes were heard on the transcript of the records of the court below. Having considered the records, this Court holds that there was no error in the judgments. The Court orders the judgments **AFFIRMED**.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.